IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DARRYL PAUL MURRAY | § |
| VS. | §   CIVIL ACTION NO. 1:05cv314 |
| ASHLEY NELSON, ET AL. | § |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **19** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge